

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2014

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC**. and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Reply Brief is hereby GRANTED. Time is extended to February 28, 2014.

It is so **ORDERED** on February 21st, 2014.                    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court